# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL W. BEARLEY, <br><br> Plaintiff, <br><br> v. <br><br> CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, <br><br> Defendant. | Case No. 1:21-cv-03214 <br><br> Judge: Hon. Mary M. Rowland |

## NOTICE OF RESOLUTION

Plaintiff Michael W. Bearley ("Plaintiff"), for himself and on behalf of Defendant CHW Group, Inc. d/b/a Choice Home Warranty ("Defendant" and together with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby inform the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter. The Parties anticipate that a notice of voluntary dismissal will be filed in the next sixty (60) days. In the meantime, the Parties respectfully request that the Court vacate any and all pending deadlines and stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

Dated: July 28, 2021

Respectfully submitted,

By: /s/ Nathan C. Volheim
Nathan Charles Volheim
SULAIMAN LAW GROUP, LTD.
2500 S. Highland Avenue
Suite 200
Lombard, IL 60148
Tel: (630) 575-8181 ext. 113
Email: nvolheim@sulaimanlaw.com

*Attorney for Plaintiff*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, on July 28, 2021, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic docket.

>	/s/ *Nathan C. Volheim*
>	Nathan C. Volheim