# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL W. BEARLEY, | |
| Plaintiff, | Case No. 1:21-cv-03214 |
| v. | Honorable Mary M. Rowland |
| CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, MICHAEL W. BEARLEY, and the Defendant, CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, through their respective counsel that the above-captioned action is dismissed, with prejudice, against CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: October 28, 2021                                   Respectfully Submitted,

**MICHAEL W. BEARLEY**                          **CHW GROUP, INC.**

/s/ Nathan C. Volheim                                    /s/ A. Paul Heeringa (*with consent*)
Nathan C. Volheim                                         A. Paul Heeringa
*Counsel for Plaintiff*                                     *Counsel for Defendant*
Sulaiman Law Group, LTD                              Manatt, Phelps & Phillips, LLP
2500 South Highland Ave, Suite 200            151 N. Franklin St., Ste. 2600
Lombard, IL 60148                                         Chicago, Illinois 60606
Phone: (630) 575-8181                                   Phone: (312) 529-6308
nvolheim@sulaimanlaw.com                         pheeringa@manatt.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim