# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Michael W. Bearley

                               Plaintiff,

v.                                                            Case No.: 1:21−cv−03214

                                                                       Honorable Mary M. Rowland

CHW Group, Inc.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 29, 2021:

        MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the agreed stipulation of dismissal, this case is dismissed with prejudice, against CHW GROUP, INC. d/b/a CHOICE HOME WARRANTY, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.